**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 25-6493**

_____

MONTA BROWN,

>    Plaintiff - Appellant,

>    v.

RHONDA LANGFORD; MARK KITCHEN,

>    Defendants - Appellees,

>    and

BERENICE PONCE, Counselor,

>    Defendant.

_____

Appeal from the United States District Court for the Eastern District of Virginia, at Richmond.  M. Hannah Lauck, Chief District Judge.  (3:23-cv-00194-MHL-MRC)

_____

Submitted:  December 18, 2025                    Decided:  February 9, 2026

_____

Before NIEMEYER and BERNER, Circuit Judges, and TRAXLER, Senior Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Monta Markjues Brown, Appellant Pro Se.  Dorothy Patricia Wallace, OFFICE OF THE ATTORNEY GENERAL OF VIRGINIA, Richmond, Virginia, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Monta Brown appeals the district court's order granting Appellees' motion for summary judgment on Brown's 42 U.S.C. § 1983 complaint. We have reviewed the record and find no reversible error. Accordingly, we deny Brown's motion for appointment of counsel and affirm the district court's judgment. *Brown v. Ponce*, No. 3:23-cv-00194-MHL-MRC (E.D. Va. May 13, 2025). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*